FLORENCE NELSON, as Administratrix of the Estate of LE ROY NELSON, Deceased, Appellant, v. CENTRAL GREYHOUND LINES, INCORPORATED, OF NEW YORK et al., Respondents.

Argued March 4, 1946; decided April 18, 1946.

*Frederic C. Barns* for appellant.

*Bartle Gorman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND. THACHER and DYE, JJ. MEDALIE, J., deceased.